FILED
2009 Mar-25  PM 01:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LAWRENCE IRVING PERRY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case Nos. 2:08-CV-668-TMP |
| | )                2:08-CV-798-TMP |
| JEFFERSON COUNTY CIRCUIT COURT, et al., | ) |
| | ) |
| Respondents. | ) |

## FINAL ORDER OF DISMISSAL

The magistrate judge filed his report and recommendation in this consolidated *habeas* action on February 5, 2009, recommending that the petition be dismissed without prejudice for want of exhaustion of state remedies. To date, neither party has objected to the report and recommendation.[1] Having now carefully reviewed and considered *de novo* the report and recommendation and all other materials in the court file, the court finds that the report is due to be and hereby is **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the petition for writ of *habeas corpus* in the above-styled cause is due to be and hereby is **DISMISSED WITHOUT**

---

[1] The court received from petitioner a letter dated February 26, 2009, in which he requested copies of the materials in the court file and replacement of a filing-fee refund check he has lost. The letter states no objections to the report and recommendation, although it acknowledges petitioner's belief that his case has been dismissed, and he now wishes to file a state Rule 32 petition.

**PREJUDICE** for want of exhaustion of state remedies.

The Clerk is **DIRECTED** to mail of copy of the foregoing to the petitioner.

**DONE** and **ORDERED** this the 25th day of March, 2009.

*/s/ VEHopkins*
**VIRGINIA EMERSON HOPKINS**
United States District Judge